IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PERRY MARSHALL,                    §
                Plaintiff,          §
                                         §
v.                                 §    No. 3:21-cv-2213-E (BT)
                                         §
NFN MASSEY, et al.,                §
                Defendants.        §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 20th day of October, 2021.

_____

ADA BROWN
UNITED STATES DISTRICT JUDGE